UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

BRIAN HAYHURST, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

KELLER WILLIAMS REALTY, INC. a Texas corporation,

    Defendant

Case No. 1:19-cv-00657

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, Keller Williams Realty, Inc. ("KWRI"), by and through its undersigned counsel, and pursuant to Rule 12(b)(6) of Federal Rules of Civil Procedure, moves to dismiss Plaintiff Brian Hayhurst's Amended Class Action Complaint (the "Complaint"). As set forth more particularly in the memorandum of law filed contemporaneously with this motion, the Complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, KWRI respectfully requests that this Court dismiss Plaintiff's Complaint, with prejudice, and grant any other appropriate relief in its favor that this Court finds equitable and just.

This the 4th day of October, 2019.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124

*Counsel for Defendant Keller Williams Realty, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served electronically upon the following:

Ted L. Johnson
Ted Lewis Johnson Attorney at Law
P.O. Box 5722
Greensboro NC 27435
tedlewisjohnson@tedlewisjohnson.com
*Counsel for Plaintiff*

Stefan Coleman
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd., 28th Floor
Miami FL 33131
*Counsel for Plaintiff, PHV forthcoming*

Avi R. Kaufman
Kaufman P.A.
400 NW 26th Street
Miami FL 33127
kaufman@kaufmanpa.com
*Counsel for Plaintiff*

This the 4th day of October, 2019.

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124

*Counsel for Defendant Keller Williams Realty, Inc.*