UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN HAYHURST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19CV657 |
| | ) |
| KELLER WILLIAMS REALTY, INC. , | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #48]. The Court has reviewed the Joint Report and approves it as submitted and as noted herein.

The Court notes that supplementations under Rule 26(e) are due as provided in the Joint Report but no later than the close of discovery, unless Court authorization is obtained to provide corrective information required by Rule 26(e)(1)(A) after the close of discovery. The Court also notes that under Local Rule 83.9d, if the parties do not provide the name of an agreed-upon mediator within 21 days of this Order, the Clerk will select a mediator from the Court's panel of mediators. The Court notes that all discovery must be completed by March 28, 2022, and that deadline may not be altered by agreement of the parties absent a Court Order. Finally, the Court notes that any dates for a final pretrial conference or for final pretrial motions will be determined by the District Judge prior to trial in this matter.

The Court will also adopt the Parties' Rule 5.5 Report, which reflects that the Parties will follow the default procedures in Local Rule 5.4 as further set out in the Rule 5.5 Report.

The Parties are encouraged to use stipulations and redactions to avoid filing documents under seal to the extent possible.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #48] is approved as submitted and as noted herein.

IT IS FURTHER ORDERED that the Joint Rule 5.5 Report [Doc. #47] is approved and adopted as noted herein.

This, the 25th day of August, 2021.

/s/ Joi Elizabeth Peake<br>United States Magistrate Judge