UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN HAYHURST, individually on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>KELLER WILLIAMS REALTY, INC., a Texas corporation,<br><br>      Defendant. | NO. 1:19-cv-00657 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE SECOND CLAIM FOR RELIEF BY HAYHURST

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that (i) the Second Claim for Relief shall be dismissed without prejudice as to Plaintiff; and (ii) the Autodialed No Consent Class claims are stricken from this case.

Each party to bear its own fees and costs.

DATED: October 5, 2021       Respectfully submitted,

                                        /s/ Avi R. Kaufman
                                     Avi R. Kaufman
                                     KAUFMAN P.A.
                                     kaufman@kaurmanpa.com
                                     400 NW 26th Street
                                     Miami, FL 33127
                                     Telephone: 305.469.5881

                                     LAW OFFICES OF STEFAN COLEMAN, P.A.
                                     Stefan Coleman
                                     law@stefancoleman.com
                                     201 S. Biscayne Blvd, 28th Floor
                                     Miami, Fl 33131
                                     Telephone: 877.333.9427/Fax: 888.498.8946

                                       /s/ Ted Johnson
                                     Ted Lewis Johnson

1

    North Carolina State Bar # 39791
    PO Box 5272
    Greensboro, NC 27435
    Telephone: (336) 252-8596
    Email: tedlewisjohnson@tedlewisjohnson.com
    *Local Civil Rule 83.1(d) Counsel for Plaintiff*

*Attorneys for Plaintiff Hayhurst and the putative Classes*

/s/ Todd P. Stelter
John P. Ryan (*Notice of Special Appearance*)
Todd P. Stelter (*Notice of Special Appearance)*
HINSHAW & CULBERTSON LLP
151 N. Franklin St., Suite 2500
Chicago, Illinois 60606
Telephone:  312-704-3000
Facsimile:   312-704-3001
*Counsel for Defendant Keller Williams Realty, Inc.*

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone:  919-250-2000
Facsimile:   919-250-2124
*Local Rule 83.1(d) Counsel for Defendant Keller Williams Realty, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                               /s/ Avi R. Kaufman

2