UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRIAN HAYHURST, individually on behalf of all others similarly situated,

    Plaintiff,

v.

KELLER WILLIAMS REALTY, INC., a Texas corporation,

    Defendant.

NO. 1:19-cv-00657

**CLASS ACTION**

## JOINT STIPULATION OF DISMISSAL

Plaintiff Brian Hayhurst and Defendant Keller Williams Realty, Inc., by and through undersigned counsel, stipulate to the dismissal of this action with prejudice. Each party shall bear its own fees and costs.

Dated: August 1, 2023    Respectfully submitted,

*/s/Avi R. Kaufman*
Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman (Florida Bar no. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427

*/s/ Ted Lewis Johnson*
Ted Lewis Johnson

North Carolina State Bar # 39791
tedlewisjohnson@tedlewisjohnson.com
PO Box 5272
Greensboro, NC 27435
Telephone: 336.252.8596
*Local Civil Rule 83.1(d) Counsel for Plaintiff*

*Attorneys for Plaintiff and the putative class*

/s/ Todd P. Stelter
Todd P. Stelter (admitted pro hac vice)
John P. Ryan (admitted pro hac vice)
HINSHAW & CULBERTSON
151 North Franklin Street, Suite 2500
Chicago, IL 60606
tstelter@hinshawlaw.com
jryan@hinshawlaw.com
*Counsel for Defendant*

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
*Local Civil Rule 83.1(d) Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*
